**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case 21-90155 |
| | § | |
| **HLH TIMBER COMPANY LLC** | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 11 |

**WITHDRAWAL OF CLAIM**

TO:  CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Combined Priority and General Unsecured Proof of Claim No. 11 in the amount of $5,313.55, dated October 1st, 2021 which was filed with the Court on for Texas Workforce Commission Account No. XX-XXX504-0, HLH TIMBER COMPANY LLC.

Respectfully submitted, this 1st day of October, 2021.

By:  /s/ Erin Reid
Erin Reid
Account Examiner
Texas Workforce Commission

###