**Fill in this information to identify the case:**

Debtor Name  HLH Timber Company, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 21-90155

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month:  October 2021                              Date report filed: 11/22/2021
                                                                    MM / DD / YYYY
Line of business:  Timber                         NAISC code: 113310

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Heith Harper
Original signature of responsible party   /s/ Heith Harper
Printed name of responsible party     Heith Harper

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __HLH Timber Company, LLC__     Case number __21-90155__

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**     $ __23,275.72__

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ __120,362.26__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ __99,540.21__

22. **Net cash flow**     + $ __20,822.05__

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.     = $ __44,097.77__

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ __0.00__
    (Exhibit E)

Debtor Name __HLH Timber Company, LLC_____   Case number __21-90155_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ _____0.00__

　　(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    __11__
27. What is the number of employees as of the date of this monthly report?    __11__

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ __4,100.00__
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ __4,100.00__
30. How much have you paid this month in other professional fees?    $ __0.00__
31. How much have you paid in total other professional fees since filing the case?    $ __0.00__

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 120,000.00 | − | $ 120,362.26 | = | $ 362.26 |
| 33. **Cash disbursements** | $ 93,000.00 | − | $ 99,540.21 | = | $ 6,540.21 |
| 34. **Net cash flow** | $ 27,000.00 | − | $ 20,822.05 | = | $ 6,177.95 |

35. Total projected cash receipts for the next month:    $ 120,000.00
36. Total projected cash disbursements for the next month:    − $ 96,000.00
37. Total projected net cash flow for the next month:    = $ 24,000.00

Debtor Name HLH Timber Company, LLC    Case number 21-90155

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

Print    Save As...    Reset

Case 21-90155    Doc 64    Filed 11/22/21    Entered 11/22/21 13:06:13    Desc Main
Document    Page 5 of 20

HEH Timber Company LLC

11/13/2021 9:50 PM

Register: AXOS Bank
From 10/01/2021 through 10/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/01/2021 | 1046 | Donald . Barbee | -split- | | 786.38 | X | | 18,153.96 |
| 10/01/2021 | 1047 | Jesse L Silas | -split- | | 392.27 | X | | 17,761.69 |
| 10/01/2021 | 1048 | Jimmy E Christopher | -split- | | 357.25 | X | | 17,404.44 |
| 10/01/2021 | 1049 | Jose A Gutierrez | -split- | | 432.99 | X | | 16,971.45 |
| 10/01/2021 | 1050 | Juan P Escamilla | -split- | | 463.16 | X | | 16,508.29 |
| 10/01/2021 | 1051 | Michael J Cartwright | -split- | | 359.62 | X | | 16,148.67 |
| 10/01/2021 | 1052 | Donald Barbee | perdem | | 890.00 | X | | 15,258.67 |
| 10/01/2021 | 1053 | Jose Figueroa | 659.Contract labor | | 1,000.00 | X | | 14,258.67 |
| 10/01/2021 | 1054 | Jose Gutierrez | perdem | | 490.00 | X | | 13,768.67 |
| 10/01/2021 | 1055 | Juan Plata Escamilla. | perdem | | 540.00 | X | | 13,228.67 |
| 10/01/2021 | 1056 | Curtis Hooper | perdem | | 450.00 | X | | 12,778.67 |
| 10/01/2021 | 1057 | Jesse Silas* | 659.Contract labor | | 402.00 | X | | 12,376.67 |
| 10/01/2021 | 1058 | Michael J Cartwright. | perdem | | 373.00 | X | | 12,003.67 |
| 10/01/2021 | 1059 | Jimmy Christopher | perdem | | 402.00 | X | | 11,601.67 |
| 10/01/2021 | 1060 | Kerry Barnes | 659.Contract labor | | 1,024.84 | X | | 10,576.83 |
| 10/01/2021 | 1061 | Crystal Harper | perdem | | 1,500.00 | X | | 9,076.83 |
| 10/01/2021 | 1062 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | 6,576.83 |
| 10/01/2021 | 1063 | Ryan Harper | repairs and maint | | 250.00 | X | | 6,326.83 |
| 10/01/2021 | 1064 | Halstead family | repairs and maint | | 100.00 | X | | 6,226.83 |
| 10/01/2021 | 1065 | freedom heavy duty | repairs and maint | | 1,083.73 | X | | 5,143.10 |
| 10/01/2021 | 1066 | lone star truck group | repairs and maint | | 436.25 | X | | 4,706.85 |
| 10/02/2021 | | Ronnie Borders Inc. | Uncategorized Income | Deposit | | X | 18,299.70 | 23,006.55 |
| 10/04/2021 | | R & D Distributing | fuel | 2581 | 5,433.06 | X | | 17,573.49 |
| 10/07/2021 | | carthage hardwood | carthage hardwood | Deposit | | X | 1,640.65 | 19,214.14 |
| 10/07/2021 | 1067 | Donald . Barbee | -split- | | 786.39 | X | | 18,427.75 |
| 10/07/2021 | 1068 | Jesse L Silas | -split- | | 327.84 | X | | 18,099.91 |
| 10/07/2021 | 1069 | Jimmy E Christopher | -split- | | 352.65 | X | | 17,747.26 |
| 10/07/2021 | 1070 | Jose A Gutierrez | -split- | | 432.98 | X | | 17,314.28 |
| 10/07/2021 | 1071 | Juan P Escamilla | -split- | | 422.98 | X | | 16,891.30 |
| 10/07/2021 | 1072 | Michael J Cartwright | -split- | | 442.83 | X | | 16,448.47 |
| 10/07/2021 | 1073 | Donald Barbee | perdem | | 890.00 | X | | 15,558.47 |
| 10/07/2021 | 1074 | Jose Figueroa | 659.Contract labor | | 1,000.00 | X | | 14,558.47 |
| 10/07/2021 | 1075 | Jose Gutierrez | perdem | | 490.00 | X | | 14,068.47 |
| 10/07/2021 | 1076 | Juan Plata Escamilla. | perdem | | 490.00 | X | | 13,578.47 |
| 10/07/2021 | 1078 | Michael J Cartwright. | perdem | | 471.00 | X | | 13,107.47 |
| 10/07/2021 | 1079 | Jimmy Christopher | perdem | | 397.00 | X | | 12,710.47 |
| 10/07/2021 | 1080 | Jesse Silas* | 659.Contract labor | | 325.00 | X | | 12,385.47 |
| 10/07/2021 | 1081 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | 9,885.47 |
| 10/07/2021 | 1082 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | 8,385.47 |
| 10/07/2021 | 1083 | Ryan Harper | repairs and maint | | 250.00 | X | | 8,135.47 |

HLH Timber Company LLC

11/13/2021 9:50 PM

Register: AXOS Bank
From 10/01/2021 through 10/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/07/2021 | 1084 | Kerry Barnes | 659.Contract labor | | 1,219.33 | X | | 6,916.14 |
| 10/07/2021 | 1085 | Jimmy Christopher | perdem | | 70.00 | X | | 6,846.14 |
| 10/07/2021 | 1086 | Jamie Jenkins | perdem | | 500.00 | X | | 6,346.14 |
| 10/11/2021 | 1087 | doggett | repairs and maint | | 822.38 | X | | 5,523.76 |
| 10/12/2021 | | Ronnie Borders Inc. | Uncategorized Income | Deposit | | X | 14,112.44 | 19,636.20 |
| 10/12/2021 | | R & D Distributing | fuel | 2581 | 5,457.02 | X | | 14,179.18 |
| 10/12/2021 | 1108 | Angie Mcdonald | repairs and maint | | 100.00 | X | | 14,079.18 |
| 10/13/2021 | | Texas Mutual | insurance:Workers Comp | | 366.00 | X | | 13,713.18 |
| 10/13/2021 | | Texas Mutual | insurance:Workers Comp | | 505.00 | X | | 13,208.18 |
| 10/14/2021 | | Nix | nix | Deposit | | X | 13,581.27 | 26,789.45 |
| 10/14/2021 | 1089 | Donald . Barbee | -split- | | 786.38 | X | | 26,003.07 |
| 10/14/2021 | 1090 | Jesse L Silas | -split- | | 313.07 | X | | 25,690.00 |
| 10/14/2021 | 1091 | Jimmy E Christopher | -split- | | 337.17 | X | | 25,352.83 |
| 10/14/2021 | 1092 | Jose A Gutierrez | -split- | | 513.34 | X | | 24,839.49 |
| 10/14/2021 | 1093 | Juan P Escamilla | -split- | | 503.34 | X | | 24,336.15 |
| 10/14/2021 | 1094 | Michael J Cartwright | -split- | | 338.54 | X | | 23,997.61 |
| 10/14/2021 | 1095 | Donald Barbee | perdem | | 890.00 | X | | 23,107.61 |
| 10/14/2021 | 1096 | Jesse Silas* | 659.Contract labor | | 321.00 | X | | 22,786.61 |
| 10/14/2021 | 1097 | Jimmy Christopher | perdem | | 377.00 | X | | 22,409.61 |
| 10/14/2021 | 1098 | Jose Gutierrez | perdem | | 590.00 | X | | 21,819.61 |
| 10/14/2021 | 1099 | Juan Plata Escamilla. | perdem | | 590.00 | X | | 21,229.61 |
| 10/14/2021 | 1100 | Michael J Cartwright. | perdem | | 348.00 | X | | 20,881.61 |
| 10/14/2021 | 1101 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | 19,381.61 |
| 10/14/2021 | 1102 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | 16,881.61 |
| 10/14/2021 | 1103 | Ryan Harper | repairs and maint | | 500.00 | X | | 16,381.61 |
| 10/14/2021 | 1104 | Kerry Barnes | 659.Contract labor | | 1,392.68 | X | | 14,988.93 |
| 10/14/2021 | 1105 | Jamie D Jenkins | -split- | | 495.95 | X | | 14,492.98 |
| 10/14/2021 | 1106 | Jamie Jenkins | perdem | | 551.00 | X | | 13,941.98 |
| 10/14/2021 | 1107 | Jose Figueroa | 659.Contract labor | | 1,000.00 | X | | 12,941.98 |
| 10/14/2021 | 1111 | Latch Oil | repairs and maint | | 957.28 | X | | 11,984.70 |
| 10/15/2021 | 1088 | SKB Trucking, LLC | -split- | | 857.50 | X | | 11,127.20 |
| 10/18/2021 | | R & D Distributing | fuel | 2581 | 6,728.95 | X | | 4,398.25 |
| 10/20/2021 | | Heith Harper | Uncategorized Income | Deposit | | X | 7,000.00 | 11,398.25 |
| 10/20/2021 | 1112 | Jonathan Neal | repairs and maint | | 2,036.00 | X | | 9,362.25 |
| 10/20/2021 | 1113 | texas comptroller | tax | | 2,740.01 | | | 6,622.24 |
| 10/21/2021 | 1114 | Michael J Cartwright | -split- | | 277.05 | X | | 6,345.19 |
| 10/21/2021 | 1115 | Juan P Escamilla | -split- | | 422.98 | X | | 5,922.21 |
| 10/21/2021 | 1116 | Jose A Gutierrez | -split- | | 513.33 | X | | 5,408.88 |
| 10/21/2021 | 1117 | Jimmy E Christopher | -split- | | 213.87 | X | | 5,195.01 |
| 10/21/2021 | 1119 | Jamie D Jenkins | -split- | | 197.17 | X | | 4,997.84 |

HLH Timber Company LLC

11/13/2021 9:50 PM

Register: AXOS Bank
From 10/01/2021 through 10/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/21/2021 | 1120 | Donald . Barbee | -split- | | 786.39 | X | | 4,211.45 |
| 10/21/2021 | 1121 | Donald Barbee | perdem | | 890.00 | X | | 3,321.45 |
| 10/21/2021 | 1122 | Jesse L Silas | -split- | | 402.34 | | | 2,919.11 |
| 10/21/2021 | 1122 | Jose Figueroa | 659.Contract labor | | 1,200.00 | X | | 1,719.11 |
| 10/21/2021 | 1123 | Jose Gutierrez | perdem | | 590.00 | X | | 1,129.11 |
| 10/21/2021 | 1124 | Juan Plata Escamilla. | perdem | | 490.00 | X | | 639.11 |
| 10/21/2021 | 1125 | Michael J Cartwright. | perdem | | 240.00 | X | | 399.11 |
| 10/21/2021 | 1126 | Jesse Silas* | 659.Contract labor | | 420.00 | X | | -20.89 |
| 10/21/2021 | 1127 | Jimmy Christopher | perdem | | 230.00 | X | | -250.89 |
| 10/21/2021 | 1128 | Jamie Jenkins | perdem | | 200.00 | X | | -450.89 |
| 10/21/2021 | 1129 | Kerry Barnes | 659.Contract labor | | 1,188.49 | X | | -1,639.38 |
| 10/21/2021 | 1130 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | -4,139.38 |
| 10/21/2021 | 1131 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | -5,639.38 |
| 10/21/2021 | 1132 | Ryan Harper | repairs and maint | | 500.00 | X | | -6,139.38 |
| 10/21/2021 | 1133 | 3 J Trucking | 659.Contract labor | | 426.00 | X | | -6,565.38 |
| 10/22/2021 | | American Timber & ... | Uncategorized Income | Deposit | | X | 714.00 | -5,851.38 |
| 10/22/2021 | | Nix | nix | Deposit | | X | 11,776.30 | 5,924.92 |
| 10/22/2021 | | Lane Law Firm | Legal and Professional ... | | 4,100.00 | X | | 1,824.92 |
| 10/22/2021 | 1134 | Edward Deas and Vir... | timber purchase | | 3,589.47 | X | | -1,764.55 |
| 10/22/2021 | 1136 | Ricky Lawrence | timber purchase | | 4,635.99 | X | | -6,400.54 |
| 10/22/2021 | 1141 | Robin Glenn Willhoite | timber purchase | | 398.83 | | | -6,799.37 |
| 10/25/2021 | | carthage hardwood | carthage hardwood | Deposit | | X | 1,890.85 | -4,908.52 |
| 10/25/2021 | | 711 | Uncategorized Income | Deposit | | X | 1,198.80 | -3,709.72 |
| 10/25/2021 | | Axe Directional | truck lease | Deposit | | X | 12,000.00 | 8,290.28 |
| 10/25/2021 | | R & D Distributing | fuel | 2581 | 7,812.25 | X | | 478.03 |
| 10/27/2021 | | Axe Directional | truck lease | Deposit | | X | 11,000.00 | 11,478.03 |
| 10/27/2021 | | Mike Edwards | Uncategorized Income | Deposit | | X | 3,062.50 | 14,540.53 |
| 10/27/2021 | | Heith Harper | Uncategorized Income | Deposit | | X | 3,000.00 | 17,540.53 |
| 10/27/2021 | | IPFS | insurance | | 1,117.00 | X | | 16,423.53 |
| 10/27/2021 | 1137 | Texas Timberjack | repairs and maint | | 682.17 | X | | 15,741.36 |
| 10/27/2021 | 1160 | Edward Deas and Vir... | timber purchase | | 7,038.22 | | | 8,703.14 |
| 10/27/2021 | 1161 | Robin Glenn Willhoite | timber purchase | | 782.02 | | | 7,921.12 |
| 10/27/2021 | 1162 | Jose Figueroa | 659.Contract labor | | 200.00 | | | 7,721.12 |
| 10/27/2021 | 1163 | Jose Gutierrez | perdem | | 200.00 | | | 7,521.12 |
| 10/28/2021 | 1141 | Donald . Barbee | -split- | | 786.38 | | | 6,734.74 |
| 10/28/2021 | 1142 | Jamie D Jenkins | -split- | | 230.11 | | | 6,504.63 |
| 10/28/2021 | 1143 | Jesse L Silas | -split- | | 418.81 | | | 6,085.82 |
| 10/28/2021 | 1144 | Jimmy E Christopher | -split- | | 382.81 | | | 5,703.01 |
| 10/28/2021 | 1145 | Jose A Gutierrez | -split- | | 432.99 | | | 5,270.02 |
| 10/28/2021 | 1146 | Juan P Escamilla | -split- | | 422.99 | | | 4,847.03 |

HLH Timber Company LLC

11/13/2021 9:50 PM

Register: AXOS Bank
From 10/01/2021 through 10/31/2021
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 10/28/2021 | 1147 | Donald Barbee | perdem | | 890.00 | | | 3,957.03 |
| 10/28/2021 | 1148 | Jose Figueroa | 659.Contract labor | | 1,000.00 | | | 2,957.03 |
| 10/28/2021 | 1149 | Juan Plata Escamilla. | perdem | | 490.00 | | | 2,467.03 |
| 10/28/2021 | 1150 | Jose Gutierrez | perdem | | 490.00 | | | 1,977.03 |
| 10/28/2021 | 1151 | Jesse Silas* | 659.Contract labor | | 440.00 | | | 1,537.03 |
| 10/28/2021 | 1152 | Jimmy Christopher | perdem | | 440.00 | | | 1,097.03 |
| 10/28/2021 | 1153 | Jamie Jenkins | perdem | | 280.00 | | | 817.03 |
| 10/28/2021 | 1154 | Kerry Barnes | 659.Contract labor | | 1,200.65 | | | -383.62 |
| 10/28/2021 | 1155 | 3 J Trucking | 659.Contract labor | | 1,847.20 | | | -2,230.82 |
| 10/28/2021 | 1156 | SKB Trucking | -split- | | 631.60 | | | -2,862.42 |
| 10/28/2021 | 1157 | Heith Harper | 659.Contract labor | | 2,500.00 | | | -5,362.42 |
| 10/28/2021 | 1158 | Crystal Harper | 659.Contract labor | | 1,500.00 | | | -6,862.42 |
| 10/28/2021 | 1159 | Ryan Harper | repairs and maint | | 500.00 | | | -7,362.42 |
| 10/29/2021 | | Ronnie Borders Inc. | Uncategorized Income | Deposit | | | 21,085.75 | 13,723.33 |
| 10/29/2021 | | Haccar LLC/ Heith H... | Office lease | | 4,500.00 | | | 9,223.33 |

Page 4

# axos BANK

PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date 10/29/21                     Page       1
Primary Account          3144

**9398230**

HLH TIMBER COMPANY LLC
Debtor in Possession,
Case 21-90155
154 FM 139
JOAQUIN TX 75954

Account Title:       HLH TIMBER COMPANY LLC
                     Debtor in Possession,
                     Case 21-90155

**Basic Business Checking**                     Number of Enclosures                87
Account Number                    3144          Statement Dates   10/01/21 thru 10/31/21
Previous Balance              19,940.34         Days in the statement period       31
  13 Deposits/Credits         99,276.51         Avg Daily Ledger             19,201.52
  95 Checks/Debits            99,934.31         Avg Daily Collected          15,381.53
Maintenance Fee                     .00
Interest Paid                       .00
Ending Balance                19,282.54

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/04 | MyDeposit | 18,299.70 |
| 10/07 | MyDeposit | 1,640.65 |
| 10/12 | MyDeposit | 14,112.44 |
| 10/15 | MyDeposit | 13,581.27 |
| 10/20 | Wire Transfer Credit<br>HEITH L HARPER<br>466 COUNTY ROAD 3379<br>JOAQUIN TX   75954-5538<br>20211020MMQFMPMW000006<br>20211020MMQFMP9N000225<br>10201336FT03 | 7,000.00 |
| 10/22 | MyDeposit | 714.00 |
| 10/22 | MyDeposit | 11,776.30 |

MEMBER FDIC      NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                    1

Case 21-90155   Doc 64   Filed 11/22/21   Entered 11/22/21 13:06:13   Desc Main
Document    Page 10 of 20

**axos** BANK

Date 10/29/21  Page 2
Primary Account ▇▇▇▇3144

**Basic Business Checking** ▇▇▇▇3144 (Continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/25 | Wire Transfer Credit<br>AXE DIRECTIONAL DRILLING LLC<br>380 COUNTY ROAD 3790<br>JOAQUIN TX  75954-3860<br>20211025MMQFMPMW000003<br>20211025MMQFMP9N000133<br>10251127FT03 | 12,000.00 |
| 10/26 | MyDeposit | 1,198.80 |
| 10/26 | MyDeposit | 1,890.85 |
| 10/27 | Wire Transfer Credit<br>AXE DIRECTIONAL DRILLING LLC<br>380 COUNTY ROAD 3790<br>JOAQUIN TX  75954-3860<br>20211027MMQFMPMW000003<br>20211027MMQFMP9N000175<br>10271253FT03 | 11,000.00 |
| 10/28 | Wire Transfer Credit<br>HEITH L HARPER<br>466 COUNTY ROAD 3379<br>JOAQUIN TX  75954-5538<br>20211028MMQFMPMW000003<br>20211028MMQFMP9N000325<br>10281259FT03 | 3,000.00 |
| 10/28 | MyDeposit | 3,062.50 |

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/04 | R&D         R & D DISTRIBUTI<br>PPD 111102050012715<br>HLH Timber Company LLC | 5,433.06- |
| 10/12 | R&D         R & D DISTRIBUTI<br>PPD 111102050018339<br>HLH Timber Company LLC | 5,457.02- |
| 10/13 | Payment     Texas Mutual<br>CCD 021000026710715<br>HLH Timber Company, LL | 366.00- |
| 10/13 | Payment     Texas Mutual<br>CCD 021000026710623 | 505.00- |



Date 10/29/21    Page    3
Primary Account    ▮3144

**Basic Business Checking**    ▮3144    (Continued)

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/18 | HLH Timber Company, LL<br>R&D       R & D DISTRIBUTI<br>PPD 111102050011075 | 6,728.95- |
| 10/22 | HLH Timber Company LLC<br>CORP COLL  THE LANE LAW FIR<br>CCD 114000090329067 | 4,100.00- |
| 10/25 | HEITH HARPER<br>R&D       R & D DISTRIBUTI<br>PPD 111102050014610 | 7,812.25- |
| 10/27 | HLH Timber Company LLC<br>IPFSPMTMOK IPFS866-412-2561<br>CCD 101000010015090 | 1,117.00- |

HLH TIMBER LLC

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 10/05 | 1038 | 1,000.00 | 10/13 | 1067 | 786.39 |
| 10/05 | 1046* | 786.38 | 10/14 | 1068 | 327.84 |
| 10/05 | 1047 | 392.27 | 10/12 | 1069 | 352.65 |
| 10/04 | 1048 | 357.25 | 10/13 | 1070 | 432.98 |
| 10/05 | 1049 | 432.99 | 10/13 | 1071 | 422.98 |
| 10/05 | 1050 | 463.16 | 10/12 | 1072 | 442.83 |
| 10/06 | 1051 | 359.62 | 10/13 | 1073 | 890.00 |
| 10/05 | 1052 | 890.00 | 10/19 | 1074 | 1,000.00 |
| 10/05 | 1053 | 1,000.00 | 10/13 | 1075 | 490.00 |
| 10/05 | 1054 | 490.00 | 10/13 | 1076 | 490.00 |
| 10/05 | 1055 | 540.00 | 10/12 | 1078* | 471.00 |
| 10/05 | 1056 | 450.00 | 10/12 | 1079 | 397.00 |
| 10/14 | 1057 | 402.00 | 10/14 | 1080 | 325.00 |
| 10/08 | 1058 | 373.00 | 10/12 | 1081 | 2,500.00 |
| 10/04 | 1059 | 402.00 | 10/12 | 1082 | 1,500.00 |
| 10/05 | 1060 | 1,024.84 | 10/12 | 1083 | 250.00 |
| 10/04 | 1061 | 1,500.00 | 10/13 | 1084 | 1,219.33 |
| 10/04 | 1062 | 2,500.00 | 10/12 | 1085 | 70.00 |
| 10/04 | 1063 | 250.00 | 10/15 | 1086 | 500.00 |
| 10/14 | 1064 | 100.00 | 10/19 | 1087 | 822.38 |
| 10/12 | 1065 | 1,083.73 | 10/18 | 1088 | 857.50 |
| 10/08 | 1066 | 436.25 | 10/19 | 1089 | 786.38 |

*Indicates Skip in Check Number Sequence

# axos BANK

Date 10/29/21   Page 4
Primary Account ███████3144

**Basic Business Checking**  ███████3144  (Continued)

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 10/19 | 1090 | 313.07 | 10/26 | 1115 | 422.98 |
| 10/18 | 1091 | 337.17 | 10/26 | 1116 | 513.33 |
| 10/19 | 1092 | 513.34 | 10/26 | 1117 | 213.87 |
| 10/19 | 1093 | 503.34 | 10/26 | 1119* | 197.17 |
| 10/18 | 1094 | 338.54 | 10/27 | 1120 | 786.39 |
| 10/19 | 1095 | 890.00 | 10/27 | 1121 | 890.00 |
| 10/19 | 1096 | 321.00 | 10/26 | 1122 | 1,200.00 |
| 10/18 | 1097 | 377.00 | 10/26 | 1123 | 590.00 |
| 10/19 | 1098 | 590.00 | 10/26 | 1124 | 490.00 |
| 10/19 | 1099 | 590.00 | 10/26 | 1125 | 240.00 |
| 10/18 | 1100 | 348.00 | 10/26 | 1126 | 420.00 |
| 10/18 | 1101 | 1,500.00 | 10/26 | 1127 | 230.00 |
| 10/18 | 1102 | 2,500.00 | 10/26 | 1128 | 200.00 |
| 10/18 | 1103 | 500.00 | 10/26 | 1129 | 1,188.49 |
| 10/26 | 1104 | 1,392.68 | 10/25 | 1130 | 2,500.00 |
| 10/19 | 1105 | 495.95 | 10/25 | 1131 | 1,500.00 |
| 10/19 | 1106 | 551.00 | 10/25 | 1132 | 500.00 |
| 10/19 | 1107 | 1,000.00 | 10/28 | 1133 | 426.00 |
| 10/22 | 1108 | 100.00 | 10/26 | 1134 | 3,589.47 |
| 10/21 | 1111* | 957.28 | 10/26 | 1136* | 4,635.99 |
| 10/21 | 1112 | 2,036.00 | 10/29 | 1137 | 682.17 |
| 10/27 | 1114* | 277.05 | | | |

*Indicates Skip in Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 19,940.34 | 10/13 | 16,785.40 | 10/22 | 19,145.23 |
| 10/04 | 27,797.73 | 10/14 | 15,630.56 | 10/25 | 18,832.98 |
| 10/05 | 20,328.09 | 10/15 | 28,711.83 | 10/26 | 6,398.65 |
| 10/06 | 19,968.47 | 10/18 | 15,224.67 | 10/27 | 14,328.21 |
| 10/07 | 21,609.12 | 10/19 | 6,848.21 | 10/28 | 19,964.71 |
| 10/08 | 20,799.87 | 10/20 | 13,848.21 | 10/29 | 19,282.54 |
| 10/12 | 22,388.08 | 10/21 | 10,854.93 | | |

*** END OF STATEMENT ***


Check 1038 Amount $1,000.00 Date 10/5/2021


Check 1046 Amount $786.38 Date 10/5/2021


Check 1047 Amount $392.27 Date 10/5/2021


Check 1048 Amount $357.25 Date 10/4/2021


Check 1049 Amount $432.99 Date 10/5/2021


Check 1050 Amount $463.16 Date 10/5/2021


Check 1051 Amount $359.62 Date 10/6/2021


Check 1052 Amount $890.00 Date 10/5/2021


Check 1053 Amount $1,000.00 Date 10/5/2021


Check 1054 Amount $490.00 Date 10/5/2021


Check 1055 Amount $540.00 Date 10/5/2021


Check 1056 Amount $450.00 Date 10/5/2021


Check 1057 Amount $402.00 Date 10/14/2021


Check 1058 Amount $373.00 Date 10/8/2021


Check 1059 Amount $402.00 Date 10/4/2021


Check 1060 Amount $1,024.84 Date 10/5/2021


Check 1061 Amount $1,500.00 Date 10/4/2021


Check 1062 Amount $2,500.00 Date 10/4/2021


Check 1063 Amount $250.00 Date 10/4/2021


Check 1064 Amount $100.00 Date 10/14/2021


Check 1065 Amount $1,083.73 Date 10/12/2021


Check 1066 Amount $436.25 Date 10/8/2021


Check 1067 Amount $786.39 Date 10/13/2021


Check 1068 Amount $327.84 Date 10/14/2021

6

# axos BANK


Check 1069 Amount $352.65 Date 10/12/2021


Check 1070 Amount $432.98 Date 10/13/2021


Check 1071 Amount $422.98 Date 10/13/2021


Check 1072 Amount $442.83 Date 10/12/2021


Check 1073 Amount $890.00 Date 10/13/2021


Check 1074 Amount $1,000.00 Date 10/19/2021


Check 1075 Amount $490.00 Date 10/13/2021


Check 1076 Amount $490.00 Date 10/13/2021


Check 1078 Amount $471.00 Date 10/12/2021


Check 1079 Amount $397.00 Date 10/12/2021


Check 1081 Amount $2,500.00 Date 10/12/2021

Check 1080 Amount $325.00 Date 10/14/2021

7

axos BANK


Check 1082 Amount $1,500.00 Date 10/12/2021


Check 1083 Amount $250.00 Date 10/12/2021


Check 1084 Amount $1,219.33 Date 10/13/2021


Check 1085 Amount $70.00 Date 10/12/2021


Check 1086 Amount $500.00 Date 10/15/2021


Check 1087 Amount $822.38 Date 10/19/2021


Check 1088 Amount $857.50 Date 10/18/2021


Check 1089 Amount $786.38 Date 10/19/2021


Check 1090 Amount $313.07 Date 10/19/2021


Check 1091 Amount $337.17 Date 10/18/2021


Check 1092 Amount $513.34 Date 10/19/2021


Check 1093 Amount $503.34 Date 10/19/2021

8




Check 1094 Amount $338.54 Date 10/18/2021


Check 1095 Amount $890.00 Date 10/19/2021


Check 1096 Amount $321.00 Date 10/19/2021


Check 1097 Amount $377.00 Date 10/18/2021


Check 1098 Amount $590.00 Date 10/19/2021


Check 1099 Amount $590.00 Date 10/19/2021


Check 1100 Amount $348.00 Date 10/18/2021


Check 1101 Amount $1,500.00 Date 10/18/2021


Check 1102 Amount $2,500.00 Date 10/18/2021


Check 1103 Amount $500.00 Date 10/18/2021


Check 1104 Amount $1,392.68 Date 10/26/2021


Check 1105 Amount $495.95 Date 10/19/2021





Check 1106 Amount $551.00 Date 10/19/2021



Check 1107 Amount $1,000.00 Date 10/19/2021



Check 1108 Amount $100.00 Date 10/22/2021



Check 1111 Amount $957.28 Date 10/21/2021



Check 1112 Amount $2,036.00 Date 10/21/2021



Check 1114 Amount $277.05 Date 10/27/2021



Check 1115 Amount $422.98 Date 10/26/2021



Check 1116 Amount $513.33 Date 10/26/2021



Check 1117 Amount $213.87 Date 10/26/2021



Check 1119 Amount $197.17 Date 10/26/2021



Check 1120 Amount $786.39 Date 10/27/2021



Check 1121 Amount $890.00 Date 10/27/2021

axos BANK


Check 1122 Amount $1,200.00 Date 10/26/2021


Check 1123 Amount $590.00 Date 10/26/2021


Check 1124 Amount $490.00 Date 10/26/2021


Check 1125 Amount $240.00 Date 10/26/2021


Check 1126 Amount $420.00 Date 10/26/2021


Check 1127 Amount $230.00 Date 10/26/2021


Check 1128 Amount $200.00 Date 10/26/2021


Check 1129 Amount $1,188.49 Date 10/26/2021


Check 1130 Amount $2,500.00 Date 10/25/2021


Check 1131 Amount $1,500.00 Date 10/25/2021


Check 1132 Amount $500.00 Date 10/25/2021


Check 1133 Amount $426.00 Date 10/28/2021





Check 1134 Amount $3,589.47 Date 10/26/2021

Check 1136 Amount $4,635.99 Date 10/26/2021

Check 1137 Amount $682.17 Date 10/29/2021