**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| IN RE: § | | |
| **HLH TIMBER COMPANY LLC** § | | Case No. 21-90155 |
| XX-XXX6820 § | | |
| 154 FM 139, Joaquin, TX 75954 § | | |
| Debtor § | | Chapter 11 – Subch. V |

**DEBTOR'S OBJECTION TO MOTION TO CONVERT SUBCHAPTER V CHAPTER 11 BANKRUPTCY PROCEEDING TO A CHAPTER 7 BANKRUPTCY CASE**

COMES NOW, HLH Timber Company, LLC, the Debtor ("Debtor") in the above-referenced case, and filed this Objection to the Motion to Convert Subchapter V Chapter 11 Bankruptcy Proceeding to a Chapter 7 Bankruptcy Case (Docket No. 63) filed by Business First Bank ("B1 Bank"), and in support thereof, would show as follows:

**Introduction**

1. The Debtor does not dispute that B1 Bank has a claim for $1,573,024.04 based on the executed promissory note dated October 7, 2019 and the Business Loan Agreement dated October 7, 2019.

2. B1 Bank's Motion to Convert is based largely on alleged discrepancies between the schedules in this case filed on August 27, 2021 and a July 1, 2019 balance sheet received by B1 Bank and on concerns regarding the valuation of Debtor's assets.

3. The Court has set a status conference in this matter for December 15, 2021.

4. Without waiving any rights, Debtor represents to the Court:

    a. Debtor is in discussions with B1 Bank to attempt to find an amicable resolution to the concerns of B1 Bank.

    b. Debtor does not oppose an expected motion from B1 Bank to request that the Court add the process of adjudication of B1 Bank's motion to convert to the agenda for

1

      the aforementioned status conference, including the date for any hearing on the same.

    c. Debtor intends to modify or amend its schedules and plan to address some of the concerns of B1 Bank and is conducting further investigation in connection with those intentions.

    d. Debtor intends to work with B1 Bank to provide information related to B1 Bank's concerns, including, but not limited to, access to relevant collateral for an appraisal of the same.

5. Once Debtor amends its schedules and modifies the existing plan, the complexion of this case will change and many of the concerns raised in B1 Bank's Motion will be addressed.

6. Debtor anticipates discussing these issues in greater detail at the December 15, 2021 status conference.

**Objection**

7. Debtor generally objects to B1 Bank's Motion to Convert.

8. Contemporaneously with the other signed documents, Debtor's representative, Heith Harper, executed the Declaration Under Penalty of Perjury for Non-Individual Debtors and maintains that all assets and liabilities listed on the petition and schedules as filed are accurate. The Declaration Under Penalty of Perjury was not uploaded with the schedules but has now been filed.

9. Debtor denies that it failed to timely file schedules.

10. Debtor denies the allegations that significant discrepancies exist between the 2019 Balance Sheet and the filed schedules or that any such discrepancies are grounds to convert this case.

11. Debtor denies any misrepresentation to this Court.

12. Debtor denies the unauthorized use of assets.

13. Debtor denies that either the 2019 Balance Sheet and/or the Purported Schedules are false.

14. Debtor further notes that the July 1, 2019 Balance Sheet was prepared more that two years before the petition date of August 20, 2021.

15. Debtor denies that the "significant discrepancies" between the 2019 Balance Sheet and the Purported schedules provide cause to convert this case.

## Prayer

FOR THESE REASONS, Debtor requests that the Court deny the Motion.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Response was served to the parties listed below and on the attached mailing matrix either via electronic notice by the court's ECF noticing system or by first-class mail on December 7, 2021:

Debtor:
HLH Timber Company LLC
154 FM 139
Joaquin, TX 75954

US Trustee:
U.S. Trustee
110 N. College Ave., Suite 300
Tyler, TX 75702

Movant:
B1 Bank
C/O Patrick L. McCune
Wiener, Weiss & Madison
A Professional Corporation
445 Louisiana Avenue
Baton Rouge, LA 70802
pmccune@wwmlaw.com

Notice will be electronically mailed to:

John P. Dillman on behalf of Creditor Shelby County
houston_bankruptcy@publicans.com

James W. King on behalf of Creditor Shelby Savings Bank
jking@offermanking.com

Robert C. Lane on behalf of Debtor HLH Timber Company LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

John Mayer on behalf of Creditor Caterpillar Financial Services Corporation
jmayer@rossbanks.com

Patrick L. McCune on behalf of Creditor b1BANK
pmccune@wwmlaw.com

R. Joseph Naus on behalf of Creditor b1BANK
rjnaus@wwmlaw.com, gbrown@wwmlaw.com

Mel W. Shelander on behalf of Creditor American State Bank
mws@shelanderlaw.com, valt@shelanderlaw.com

John M. Vardeman on behalf of U.S. Trustee US Trustee
john.m.vardeman@usdoj.gov

Mark A WEISBART (SBRA V)
mark@weisbartlaw.net, tsimmons@weisbartlaw.net;ecf.alert+Weisbart@titlexi.com

Kimberly A. Walsh on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division and Texas Workforce Commission
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

*/s/Robert C. Lane*
Robert C. Lane

```
Label Matrix for local noticing        American State Bank                     Caterpillar Financial Services Corporation
0540-9                                 1601 South Chestnut Street              2120 West End Avenue
Case 21-90155                          Lufkin, TX 75901-5705                   Nashville, TN 37203-5341
Eastern District of Texas
Lufkin
Tue Dec  7 18:56:05 CST 2021

HLH Timber Company LLC                 Shelby County                           Shelby Savings Bank
154 FM 139                             Linebarger Goggan Blair & Sampson LLP   c/o James W. King
Joaquin, TX 75954-5604                 c/o John P. Dillman                     6420 Wellington Place
                                       P.O. Box 3064                           Beaumont, TX 77706-3206
                                       Houston, TX 77253-3064

TD Auto Finance LLC                    TEXAS COMPTROLLER OF PUBLIC ACCOUNTS    Texas Comptroller of Public Accounts, Revenu
c/o Wilcox Law, PLLC                   Bankruptcy - Collections Division MC-008 Kimberly A. Walsh
Attn: Stephen Wilcox                   PO Box 12548                            c/o Sherri Simpson, Paralegal
PO Box 201849                          Austin, TX 78711-2548                   PO Box 12548
Arlington, TX 76006-1849                                                       Austin, TX 78711-2548

Texas Workforce Commission             b1BANK                                  Beaumont - U. S. Bankruptcy Court
Regulatory Integrity Division - SAU    11307 Coursey Blvd.                     300 Willow
101 E 15th Street Room 556             Attn:  James Rasbery                    Suite 112
Austin, TX 78778-0001                  Baton Rouge, LA 70816-4031              Beaumont, TX 77701-2249

American Express Business (20)         American Express National Bank          American State Bank (20)
ATTN: Legal Department                 c/o Becket and Lee LLP                  PO Box 2137
P.O. Box 981535                        PO Box 3001                             Center, TX 75935-2137
El Paso, TX 79998-1535                 Malvern  PA 19355-0701

American State Bank f/k/a Texas State Bank  CORKERN, CREWS, GUILLET & JOHNSON, LLC  Center Tire (20)
1601 South Chestnut Street             ATTN: LISA JOHNSON                      880 Hurst St
Lufkin, Texas 75901-5705               616 FRONT ST PO BOX 1036                Center, TX 75935-3417
                                       NATCHITOCHES, LA 71458-1036

(p)JPMORGAN CHASE BANK  N A            Comptroller of Public Accounts          HACCAR INVESTMENTS, LLC
BANKRUPTCY MAIL INTAKE TEAM            C/O Office of the Attorney General      154 FM 139
700 KANSAS LANE FLOOR 01               Bankruptcy - Collections Division MC-008 JOAQUIN, TX 75954-5604
MONROE LA 71203-4774                   PO Box 12548
                                       Austin TX  78711-2548

HUBERT GLASS OIL CO.                   Heith L Harper                          Hubert Oil (20)
C/O Willis Jarrel, Jr., P.C.           380 County Road 3790                    36036 US Hwy 69
509 W DOBBS ST                         Joaquin, TX 75954-3860                  Jacksonville, TX 75766-0267
TYLER, TX 75701-1536

JPMorgan Chase Bank, N.A.              John Deere Financial                    (p)DEERE CREDIT SERVICES  INC
s/b/m/t Chase Bank USA, N.A.           c/o Weltman, Weinberg & Reis Co., LPA   ATTN LITIGATION & RECOVERY DEPARTMENT
c/o Robertson, Anschutz & Schneid, P.L. 965 Keynote Circle                     PO BOX 6600
6409 Congress Avenue, Suite 100        Cleveland, OH 44131-1829                JOHNSTON IA 50131-6600
Boca Raton, FL 33487-2853

KNIGHTEN MACHINE AND SERVICE INC.      Kubota Credit Corporation, U.S.A (20)   Lott Oil Company, Inc.
3800 E 42ND STREET SUITE 333           4400 Amon Carter Blvd                   PO Box 17
ODESSA, TX 79762-5927                  Fort Worth, TX 76155                    Natchitoches LA 71458-0017
```

```
Lottoil (20)                        NAPA Logansport (20)                Shelby County
PO Box 17                           801 E Market St                     c/o John P. Dillman
Natchitoches, LA 71458-0017         Logansport, IN 46947-3556           Linebarger Goggan Blair & Sampson LLP
                                                                        P.O. Box 3064
                                                                        Houston, TX 77253-3064


Shelby Savings Bank                 Shelby Savings Bank, SSB            TD Auto Finance LLC
P.O. Box 1806                       111 Selma Street                    P.O. Box 551080
Center, TX 75935-1806               Center, TX 75935-3925               Jacksonville, FL 32255-1080


TD Auto Finance LLC                 Texas Workforce Commission          Texas Workforce Commission
c/o Wilcox Law, PLLC                PO Box 12548, MC-008                Regulatory Integrity Division - SAU
P.O. Box 201849                     Austin TX 78711-2548                Room 556
Arlington, TX 76006-1849                                                101 E. 15th Street
                                                                        Austin, TX 78778-0001


The Lane Law Firm                   Tuledo Automotive (20)              U.S. Small Business Administration
6200 Savoy Dr Ste 1150              808 Hurst St                        200 W. Santa Ana Blvd, Ste 740
Houston, TX 77036-3369              Center, TX 75935-3417               Santa Ana, CA 92701-7534


U.S. Small Business Administration (20)   US Trustee                    Willis Jarrel P.C.
10737 Gateway West #300             Office of the U.S. Trustee          509 W Dobby Street
El Paso, TX 79935-4910              110 N. College Ave.                 Tyler, TX 75701-1536
                                    Suite 300
                                    Tyler, TX 75702-7231


b1BANK                              b1BANK (20)                         Mark A WEISBART (SBRA V)
c/o R. Joseph Naus                  Heath Banking Center                12770 Coit Road
Wiener, Weiss & Madison, APC        1629 Smirl Drive 102                Suite 541
P. O. Box 21990                     Heath, TX 75032-7624                Dallas, TX 75251-1366
Shreveport, LA  71120-1990


Robert C. Lane
The Lane Law Firm, P.L.L.C.
6200 Savoy Drive
Suite 1150
Houston, TX 77036-3369
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Chase Bank (20)                     John Deere Financing (20)
270 Park Avenue                     6400 NW 86th Street Po Box 6600
New York, NY 10017                  Johnston, IA 50131-6600
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Caterpillar Financial Services Corp. | (d)Caterpillar Financial Services Corporation | (d)HLH Timber Company LLC |
| --- | --- | --- |
| 2120 West End Avenue | 2120 West End Avenue | 154 FM 139 |
| Nashville, TN 37203-5341 | Nashville, TN 37203-5341 | Joaquin, TX 75954-5604 |

**End of Label Matrix**
**Mailable recipients**      48
**Bypassed recipients**       3
**Total**                    51