**Fill in this information to identify the case:**

Debtor Name: HLH Timber Company, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 21-90155

☐ Check if this is an amended filing

---

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February 2022

Date report filed: 03/21/2022 (MM/DD/YYYY)

Line of business: Timber

NAISC code: 113310

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Heith Harper

Original signature of responsible party: /s/ Heith Harper

Printed name of responsible party: Heith Harper

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name **HLH Timber Company, LLC**  Case number **21-90155**

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __40,031.04__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ __113,366.63__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ __100,647.91__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __12,718.72__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ __52,749.76__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ __0.00__

    *(Exhibit E)*

Debtor Name **HLH Timber Company, LLC**   Case number **21-90155**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     11
27. What is the number of employees as of the date of this monthly report?     11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 4,100.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ 20,500.00
30. How much have you paid this month in other professional fees?     $ 0.00
31. How much have you paid in total other professional fees since filing the case?     $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 110,000.00 | − | $ 113,366.63 | = | $ -3,366.63 |
| 33. **Cash disbursements** | $ 90,000.00 | − | $ 100,647.91 | = | $ -10,647.91 |
| 34. **Net cash flow** | $ 20,000.00 | − | $ 12,718.72 | = | $ 7,281.28 |

35. Total projected cash receipts for the next month:     $ 110,000.00
36. Total projected cash disbursements for the next month:     − $ 90,000.00
37. Total projected net cash flow for the next month:     = $ 20,000.00

Debtor Name  HLH Timber Company, LLC                    Case number 21-90155

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

## HLH Timber Company LLC

3/12/2022 4:31 PM

Register: AXOS Bank
From 02/01/2022 through 02/28/2022
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/04/2022 | | Ronnie Borders Inc. | Uncategorized Income | Deposit | | X | 12,090.87 | 11,766.15 |
| 02/04/2022 | 1454 | Donald . Barbee | -split- | | 789.38 | X | | 10,976.77 |
| 02/04/2022 | 1455 | Jamie D Jenkins | -split- | | 474.16 | X | | 10,502.61 |
| 02/04/2022 | 1456 | Jesse L Silas | -split- | | 277.05 | X | | 10,225.56 |
| 02/04/2022 | 1457 | Jimmy E Christopher | -split- | | 423.98 | X | | 9,801.58 |
| 02/04/2022 | 1458 | Jose A Gutierrez | -split- | | 433.98 | X | | 9,367.60 |
| 02/04/2022 | 1459 | Juan P Escamilla | -split- | | 423.98 | X | | 8,943.62 |
| 02/04/2022 | 1460 | Michael J Cartwright | -split- | | 494.16 | X | | 8,449.46 |
| 02/04/2022 | 1461 | Donald Barbee | perdem | | 890.00 | X | | 7,559.46 |
| 02/04/2022 | 1462 | Juan Plata Escamilla. | perdem | | 490.00 | X | | 7,069.46 |
| 02/04/2022 | 1463 | Jose Figueroa | 659.Contract labor | | 1,200.00 | X | | 5,869.46 |
| 02/04/2022 | 1464 | Jose Gutierrez | perdem | | 490.00 | X | | 5,379.46 |
| 02/04/2022 | 1465 | Michael J Cartwright. | perdem | | 540.00 | X | | 4,839.46 |
| 02/04/2022 | 1466 | Jamie Jenkins | perdem | | 540.00 | X | | 4,299.46 |
| 02/04/2022 | 1467 | Jesse Silas* | 659.Contract labor | | 280.00 | X | | 4,019.46 |
| 02/04/2022 | 1468 | Jimmy Christopher | perdem | | 490.00 | X | | 3,529.46 |
| 02/04/2022 | 1469 | Kerry Barnes | 659.Contract labor | | 1,433.53 | X | | 2,095.93 |
| 02/04/2022 | 1470 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | -404.07 |
| 02/04/2022 | 1471 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | -1,904.07 |
| 02/04/2022 | 1472 | Ryan Harper | repairs and maint | | 500.00 | X | | -2,404.07 |
| 02/07/2022 | 1473 | Angie Mcdonald | repairs and maint | | 100.00 | X | | -2,504.07 |
| 02/07/2022 | 1474 | Joaquin Tires | -split- | | 3,683.69 | X | | -6,187.76 |
| 02/08/2022 | | Axe Directional | lease expenses | Deposit | | X | 8,500.00 | 2,312.24 |
| 02/08/2022 | 1475 | freedom heavy duty | repairs and maint | | 820.68 | X | | 1,491.56 |
| 02/09/2022 | | Axe Directional | truck lease | Deposit | | X | 4,000.00 | 5,491.56 |
| 02/09/2022 | | Ronnie Borders Inc. | Uncategorized Income | Deposit | | X | 13,186.11 | 18,677.67 |
| 02/09/2022 | | red rocket ventures llc | Uncategorized Income | Deposit | | X | 8,000.00 | 26,677.67 |
| 02/09/2022 | | red rocket ventures llc | Uncategorized Income | Deposit | | X | 6,800.00 | 33,477.67 |
| 02/09/2022 | | G&S Lumber | G&S Lumber | Deposit | | X | 426.81 | 33,904.48 |
| 02/09/2022 | | carthage hardwood | carthage hardwood | Deposit | | X | 2,066.40 | 35,970.88 |
| 02/09/2022 | | red rocket ventures llc | Uncategorized Income | Deposit | | X | 10,000.00 | 45,970.88 |
| 02/09/2022 | | red rocket ventures llc | Uncategorized Income | Deposit | | X | 2,000.00 | 47,970.88 |
| 02/11/2022 | 1476 | Texas Timberjack | repairs and maint | | | | | 47,970.88 |
| 02/11/2022 | 1477 | doggett | repairs and maint | | | | | 47,970.88 |
| 02/11/2022 | 1478 | Donald . Barbee | -split- | | 789.39 | X | | 47,181.49 |
| 02/11/2022 | 1479 | Jamie D Jenkins | -split- | | 313.46 | X | | 46,868.03 |
| 02/11/2022 | 1480 | Jesse L Silas | -split- | | 332.46 | X | | 46,535.57 |
| 02/11/2022 | 1481 | Jimmy E Christopher | -split- | | 311.70 | X | | 46,223.87 |
| 02/11/2022 | 1482 | Jose A Gutierrez | -split- | | 433.99 | X | | 45,789.88 |
| 02/11/2022 | 1483 | Juan P Escamilla | -split- | | 423.99 | X | | 45,365.89 |

21,379.58

# HLH Timber Company LLC

3/12/2022 4:31 PM

Register: AXOS Bank
From 02/01/2022 through 02/28/2022
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/11/2022 | 1484 | Michael J Cartwright | -split- | | 120.05 | X | | 45,245.84 |
| 02/11/2022 | 1485 | Donald Barbee | perdem | | 890.00 | X | | 44,355.84 |
| 02/11/2022 | 1486 | Juan Plata Escamilla. | perdem | | 490.00 | X | | 43,865.84 |
| 02/11/2022 | 1487 | Jose Gutierrez | perdem | | 490.00 | X | | 43,375.84 |
| 02/11/2022 | 1488 | Jesse Silas* | 659.Contract labor | | 340.00 | X | | 43,035.84 |
| 02/11/2022 | 1489 | Jimmy Christopher | perdem | | 350.00 | X | | 42,685.84 |
| 02/11/2022 | 1490 | Jamie Jenkins | perdem | | 340.00 | X | | 42,345.84 |
| 02/11/2022 | 1491 | Michael J Cartwright. | perdem | | 610.00 | X | | 41,735.84 |
| 02/11/2022 | 1492 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | 39,235.84 |
| 02/11/2022 | 1493 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | 37,735.84 |
| 02/11/2022 | 1494 | Ryan Harper | repairs and maint | | 500.00 | X | | 37,235.84 |
| 02/11/2022 | 1495 | Jose Figueroa | 659.Contract labor | | 1,000.00 | X | | 36,235.84 |
| 02/11/2022 | 1496 | TD Auto Finance | ASK MY CONSULTA... | | 600.00 | X | | 35,635.84 |
| 02/11/2022 | 1497 | Caterpillar Financial | -split- | | 1,500.00 | | | 34,135.84 |
| 02/11/2022 | 1498 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | 31,635.84 |
| 02/11/2022 | 1499 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | 30,135.84 |
| 02/11/2022 | 1500 | Ryan Harper | repairs and maint | | 500.00 | X | | 29,635.84 |
| 02/11/2022 | 1501 | Donald Barbee | perdem | | 1,800.00 | X | | 27,835.84 |
| 02/11/2022 | 1502 | Jose Gutierrez | perdem | | 1,200.00 | X | | 26,635.84 |
| 02/11/2022 | 1503 | Juan Plata Escamilla. | perdem | | 1,200.00 | X | | 25,435.84 |
| 02/11/2022 | 1504 | Jamie Jenkins | perdem | | 1,000.00 | X | | 24,435.84 |
| 02/11/2022 | 1505 | Michael J Cartwright. | perdem | | 1,040.00 | X | | 23,395.84 |
| 02/11/2022 | 1506 | Jimmy Christopher | perdem | | 900.00 | X | | 22,495.84 |
| 02/11/2022 | 1509 | Hardy's Machine & ... | repairs and maint | 1012 | 2,500.00 | X | | 19,995.84 |
| 02/11/2022 | 1510 | Martin Olalde | 659.Contract labor | | 1,000.00 | | | 18,995.84 |
| 02/11/2022 | To Print | Jose Figueroa | 659.Contract labor | | 1,200.00 | | | 17,795.84 |
| 02/25/2022 | 1512 | Jamie D Jenkins | -split- | | 385.57 | | | 17,410.27 |
| 02/25/2022 | 1513 | Jimmy E Christopher | -split- | | 415.75 | | | 16,994.52 |
| 02/25/2022 | 1514 | Jose A Gutierrez | -split- | | 433.98 | | | 16,560.54 |
| 02/25/2022 | 1515 | Juan P Escamilla | -split- | | 504.33 | | | 16,056.21 |
| 02/25/2022 | 1516 | Michael J Cartwright | -split- | | 526.10 | | | 15,530.11 |
| 02/25/2022 | 1517 | Heith Harper | 659.Contract labor | | 2,500.00 | X | | 13,030.11 |
| 02/25/2022 | 1518 | Crystal Harper | 659.Contract labor | | 1,500.00 | X | | 11,530.11 |
| 02/25/2022 | 1519 | Ryan Harper | repairs and maint | | 500.00 | X | | 11,030.11 |
| 02/25/2022 | 1520 | Juan Plata Escamilla. | perdem | | 590.00 | | | 10,440.11 |
| 02/25/2022 | 1521 | Jose Gutierrez | perdem | | 490.00 | | | 9,950.11 |
| 02/25/2022 | 1522 | Jamie Jenkins | perdem | | 450.00 | | | 9,500.11 |
| 02/25/2022 | 1523 | Michael J Cartwright. | perdem | | 550.00 | | | 8,950.11 |
| 02/25/2022 | 1524 | Jimmy Christopher | perdem | | 450.00 | | | 8,500.11 |
| 02/25/2022 | 1525 | Angie Mcdonald | repairs and maint | | 100.00 | X | | 8,400.11 |

36,965.78

HLH Timber Company LLC

3/12/2022 4:31 PM

Register: AXOS Bank
From 02/01/2022 through 02/28/2022
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/25/2022 | 1526 | Heith Harper | 659.Contract labor | | 2,500.00 | | | 5,900.11 |
| 02/25/2022 | 1527 | Crystal Harper | 659.Contract labor | | 1,500.00 | | | 4,400.11 |
| 02/25/2022 | 1528 | Ryan Harper | repairs and maint | | 500.00 | | | 3,900.11 |
| 02/28/2022 | | Heith Harper | Uncategorized Income | Deposit | | X | 13,000.00 | 16,900.11 |
| 02/28/2022 | | Ronnie Borders Inc. | Uncategorized Income | Deposit | | X | 12,756.44 | 29,656.55 |
| 02/28/2022 | | R & D Distributing | fuel | 2581 | 6,666.35 | X | | 22,990.20 |
| 02/28/2022 | | R & D Distributing | fuel | 2581 | 5,852.14 | X | | 17,138.06 |
| 02/28/2022 | | R & D Distributing | fuel | 2581 | 6,190.84 | X | | 10,947.22 |
| 02/28/2022 | | R & D Distributing | fuel | 2581 | 10,201.22 | X | | 746.00 |
| 02/28/2022 | | Lane Law Firm | Legal and Professional ... | | 4,100.00 | X | | -3,354.00 |
| 02/28/2022 | 1282 | Texas Timberjack | repairs and maint | | 1,126.80 | X | | -4,480.80 |
| 02/28/2022 | 1451 | Dean's Hardware | Supplies | | 2,281.42 | X | | -6,762.22 |
| 02/28/2022 | 1452 | bearing services | Supplies | 534011 | 355.57 | X | | -7,117.79 |
| 02/28/2022 | 1476 | Texas Timberjack | repairs and maint | | 332.41 | X | | -7,450.20 |
| 02/28/2022 | 1477 | Doggett Machinery | repairs and maint | | 262.89 | X | | -7,713.09 |
| 02/28/2022 | 1508 | lone star truck group | repairs and maint | | 432.91 | X | | -8,146.00 |

*handwritten:* 42,302.55
− 100,647.91

Page 3



PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date  2/28/22                Page        1
Primary Account             ████3144

10339660

HLH TIMBER COMPANY LLC
Debtor in Possession,
Case 21-90155
154 FM 139
JOAQUIN TX 75954

Account Title:        HLH TIMBER COMPANY LLC
                      Debtor in Possession,
                      Case 21-90155

Commercial Checking
Account Number                          ████3144   Number of Enclosures                89
Previous Balance                      24,314.33    Statement Dates   2/01/22 thru 2/28/22
  13 Deposits/Credits                 93,366.63    Days in the statement period        28
  95 Checks/Debits                   103,490.67    Avg Daily Ledger             11,701.08
Maintenance Fee                             .00    Avg Daily Collected           9,168.67
Interest Paid                               .00
Ending Balance                        14,190.29

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/04 | MyDeposit | 12,090.87 |
| 2/08 | Wire Transfer Credit<br>AXE DIRECTIONAL DRILLING LLC<br>380 COUNTY ROAD 3790<br>JOAQUIN TX  75954-3860<br>20220208MMQFMPMW000002<br>20220208MMQFMP9N000140<br>02081253FT01 | 8,500.00 |
| 2/09 | Wire Transfer Credit<br>AXE DIRECTIONAL DRILLING LLC<br>380 COUNTY ROAD 3790<br>JOAQUIN TX  75954-3860 | 4,000.00 |

MEMBER FDIC          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION                              1



Date  2/28/22                     Page    2
Primary Account            3144

Commercial Checking                3144  (Continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/09 | 20220209MMQFMPMW000003 20220209MMQFMP9N000158 02091238FT01 Returned NSF Item Credit | 540.00 |
| 2/10 | MyDeposit | 13,186.11 |
| 2/15 | Wire Transfer Credit RED ROCKET VENTURES LLC 380 COUNTY ROAD 3790 JOAQUIN TX  75954-3860 20220215MMQFMPMW000006 20220215MMQFMP9N000168 02151222FT01 | 8,000.00 |
| 2/16 | Wire Transfer Credit RED ROCKET VENTURES LLC 380 COUNTY ROAD 3790 JOAQUIN TX  75954-3860 20220216MMQFMPMW000002 20220216MMQFMP9N000090 02161046FT01 | 6,800.00 |
| 2/17 | MyDeposit | 426.81 |
| 2/18 | MyDeposit | 2,066.40 |
| 2/24 | Wire Transfer Credit RED ROCKET VENTURES LLC 380 COUNTY ROAD 3790 JOAQUIN TX  75954-3860 20220224MMQFMPMW000003 20220224MMQFMP9N000124 02241212FT01 | 10,000.00 |
| 2/25 | Wire Transfer Credit RED ROCKET VENTURES LLC 380 COUNTY ROAD 3790 JOAQUIN TX  75954-3860 20220225MMQFMPMW000002 20220225MMQFMP9N000193 02251234FT01 | 2,000.00 |
| 2/28 | Wire Transfer Credit HEITH L HARPER 380 COUNTY ROAD 3790 JOAQUIN TX  75954-3860 | 13,000.00 |

Date  2/28/22                Page    3
Primary Account         ███████3144

Commercial Checking              ███████3144  (Continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 2/28 | 20220228MMQFMPMW000003<br>20220228MMQFMP9N000212<br>02281204FT01<br>MyDeposit | 12,756.44 |

## Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 2/07 | R&D        R & D DISTRIBUTI<br>PPD 111102050015654<br>HLH Timber Company LLC | 6,666.35- |
| 2/14 | R&D        R & D DISTRIBUTI<br>PPD 111102050012932<br>HLH Timber Company LLC | 5,852.14- |
| 2/15 | CORP COLL   THE LANE LAW FIR<br>CCD 114000099649449<br>HEITH HARPER | 4,100.00- |
| 2/22 | R&D        R & D DISTRIBUTI<br>PPD 111102050015526<br>HLH Timber Company LLC | 6,190.84- |
| 2/28 | R&D        R & D DISTRIBUTI<br>PPD 111102050012935<br>HLH Timber Company LLC | 10,201.22- |

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 2/01 | 1282 | 1,126.80 | 2/01 | 1431 | 514.34 |
| 2/03 | 1339* | 1,173.69 | 2/01 | 1432 | 504.34 |
| 2/01 | 1392* | 650.00 | 2/01 | 1433 | 92.35 |
| 2/23 | 1402* | 1,500.00 | 2/02 | 1434 | 890.00 |
| 2/01 | 1405* | 461.98 | 2/01 | 1435 | 1,200.00 |
| 2/01 | 1410* | 1,000.00 | 2/01 | 1436 | 590.00 |
| 2/15 | 1414* | 490.00 | 2/01 | 1437 | 590.00 |
| 2/02 | 1427* | 719.77 | 2/01 | 1438 | 490.00 |
| 2/01 | 1428 | 393.81 | 2/08 | 1439 | 290.00 |
| 2/08 | 1429 | 286.29 | 2/08 | 1440 | 194.55 |
| 2/01 | 1430 | 423.99 | 2/01 | 1441 | 440.00 |

*Indicates Skip in Check Number Sequence

MEMBER FDIC

3



Date   2/28/22          Page       4
Primary Account         ███████3144

Commercial Checking    ███████3144  (Continued)

## Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 2/01 | 1442 | 100.00 | 2/15 | 1478 | 789.39 |
| 2/01 | 1443 | 200.00 | 2/15 | 1479 | 313.46 |
| 2/08 | 1444 | 1,000.00 | 2/15 | 1480 | 332.46 |
| 2/01 | 1445 | 340.00 | 2/14 | 1481 | 311.70 |
| 2/01 | 1446 | 200.00 | 2/15 | 1482 | 433.99 |
| 2/17 | 1449* | 422.54 | 2/15 | 1483 | 423.99 |
| 2/09 | 1450 | 140.84 | 2/15 | 1484 | 120.05 |
| 2/03 | 1451 | 2,281.42 | 2/15 | 1485 | 890.00 |
| 2/02 | 1452 | 355.57 | 2/15 | 1486 | 490.00 |
| 2/08 | 1454* | 789.38 | 2/15 | 1487 | 490.00 |
| 2/08 | 1455 | 474.16 | 2/22 | 1488 | 340.00 |
| 2/15 | 1456 | 277.05 | 2/14 | 1489 | 350.00 |
| 2/07 | 1457 | 423.98 | 2/15 | 1490 | 340.00 |
| 2/08 | 1458 | 433.98 | 2/15 | 1491 | 610.00 |
| 2/08 | 1459 | 423.98 | 2/14 | 1492 | 2,500.00 |
| 2/09 | 1460 | 494.16 | 2/14 | 1493 | 1,500.00 |
| 2/08 | 1461 | 890.00 | 2/14 | 1494 | 500.00 |
| 2/08 | 1462 | 490.00 | 2/15 | 1495 | 1,000.00 |
| 2/08 | 1463 | 1,200.00 | 2/18 | 1496 | 600.00 |
| 2/08 | 1464 | 490.00 | 2/18 | 1498* | 500.00 |
| 2/09 | 1465 | 540.00 | 2/18 | 1499 | 1,500.00 |
| 2/18 | 1465* | 540.00 | 2/18 | 1501* | 2,500.00 |
| 2/08 | 1466 | 540.00 | 2/23 | 1502 | 1,800.00 |
| 2/15 | 1467 | 280.00 | 2/23 | 1503 | 1,200.00 |
| 2/07 | 1468 | 490.00 | 2/23 | 1504 | 1,200.00 |
| 2/08 | 1469 | 1,433.53 | 2/23 | 1505 | 1,000.00 |
| 2/07 | 1470 | 2,500.00 | 2/24 | 1506 | 1,040.00 |
| 2/07 | 1471 | 1,500.00 | 2/23 | 1507 | 900.00 |
| 2/07 | 1472 | 500.00 | 2/23 | 1508 | 432.91 |
| 2/10 | 1473 | 100.00 | 2/24 | 1509 | 2,500.00 |
| 2/11 | 1474 | 3,683.69 | 2/28 | 1517* | 2,500.00 |
| 2/14 | 1475 | 820.68 | 2/28 | 1518 | 1,500.00 |
| 2/16 | 1476 | 332.41 | 2/28 | 1519 | 500.00 |
| 2/15 | 1477 | 262.89 | 2/28 | 1525* | 100.00 |

*Indicates Skip in Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/01 | 14,996.72 | 2/02 | 13,031.38 | 2/03 | 9,576.27 |

MEMBER FDIC

4



Date  2/28/22   Page   5
Primary Account        3144

Commercial Checking                3144  (Continued)

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/04 | 21,667.14 | 2/14 | 10,083.84 | 2/23 | 5,224.93- |
| 2/07 | 9,586.81 | 2/15 | 6,440.56 | 2/24 | 1,235.07 |
| 2/08 | 9,150.94 | 2/16 | 12,908.15 | 2/25 | 3,235.07 |
| 2/09 | 12,515.94 | 2/17 | 12,912.42 | 2/28 | 14,190.29 |
| 2/10 | 25,602.05 | 2/18 | 9,338.82 | | |
| 2/11 | 21,918.36 | 2/22 | 2,807.98 | | |

*** END OF STATEMENT ***