# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

In re:

    HLH TIMBER COMPANY LLC             No. 21-90155
    xx-xxx6820
    154 FM 139, Joaquin, TX 75954         CHAPTER 11 – **Subch. V**

    DEBTOR

## NOTICE OF SUBPOENAS

NOW INTO COURT, through undersigned counsel, comes b1BANK, formerly known as BUSINESS FIRST BANK, who hereby gives notice of the issuance of Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case to: (1) Heith Harper, individually; (2) HACCR Investments, LLC through its authorized representative Heith Harper; (3) Axe Directional Drilling, LLC through its authorized representative Heith Harper; and (4) Roundrock Midstream, LLC, through its authorized representative Heith Harper. A true and correct copy of each of which is attached to this notice as **Exhibits 1, 2, 3 and 4** in accordance with Fed. R. Civ. P. 45(a)(4), made applicable herein by Fed. R. Bankr. P. 9016.

DATED: March 30, 2022.

                               WIENER, WEISS & MADISON,
                               A Professional Corporation

                               By:   */s/ Patrick L. McCune*
                               Patrick L. McCune, Bar
                               Texas Bar Roll No. 24090985
                               Wiener, Weiss & Madison

        A Professional Corporation
        445 Louisiana Avenue
        Baton Rouge, LA 70802
        Telephone: 225-910-8084
        Facsimile: 225-910-8082
        Email: pmccune@wwmlaw.com

        **ATTORNEYS FOR b1BANK, formerly known as BUSINESS FIRST BANK**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above and foregoing and the attachments thereto have been served upon the following and all persons or entities on the attached mailing matrix, either through the Court's CM/ECF notice system, or by placing the same in the United States mail, properly addressed and with adequate first-class postage affixed thereto.

US Trustee:
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Notice will be electronically mailed to:
John M. Vardeman on behalf of U.S. Trustee US Trustee
john.m.vardeman@usdoj.gov

Mark A. Weisbart
mark@weisbartlaw.net, tsimmons@weisbartlaw.net; ecf.alert+Weisbart@titlexi.com

Baton Rouge, Louisiana, this 30th day of March, 2022.

        *Patrick L. McCune*
        Of Counsel

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-9<br>Case 21-90155<br>Eastern District of Texas<br>Lufkin<br>Wed Mar 30 15:58:38 CDT 2022 | American Express Business (20)<br>ATTN: Legal Department<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| American State Bank<br>1601 South Chestnut Street<br>Lufkin, TX 75901-5705 | American State Bank (20)<br>PO Box 2137<br>Center, TX 75935-2137 | American State Bank f/k/a Texas State Bank<br>1601 South Chestnut Street<br>Lufkin, Texas 75901-5705 |
| CORKERN, CREWS, GUILLET & JOHNSON, LLC<br>ATTN: LISA JOHNSON<br>616 FRONT ST PO BOX 1036<br>NATCHITOCHES, LA 71458-1036 | Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Center Tire (20)<br>880 Hurst St<br>Center, TX 75935-3417 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Joshua D. Gordon<br>The Lane Law Firm, PLLC<br>6200 Savoy, Suite 1150<br>Houston, TX 77036-3369 | HACCAR INVESTMENTS, LLC<br>154 FM 139<br>JOAQUIN, TX 75954-5604 | HLH Timber Company LLC<br>154 FM 139<br>Joaquin, TX 75954-5604 |
| HUBERT GLASS OIL CO.<br>C/O Willis Jarrel, Jr., P.C.<br>509 W DOBBS ST<br>TYLER, TX 75701-1536 | Heith L Harper<br>380 County Road 3790<br>Joaquin, TX 75954-3860 | Hubert Oil (20)<br>36036 US Hwy 69<br>Jacksonville, TX 75766-0267 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | John Deere Financial<br>c/o Weltman, Weinberg & Reis Co., LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | (p)DEERE CREDIT SERVICES   INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| KNIGHTEN MACHINE AND SERVICE INC.<br>3800 E 42ND STREET SUITE 333<br>ODESSA, TX 79762-5927 | James W. King<br>Offerman & King, L.L.P.<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Kubota Credit Corporation, U.S.A (20)<br>4400 Amon Carter Blvd<br>Fort Worth, TX 76155 | Robert C. Lane<br>The Lane Law Firm, P.L.L.C.<br>6200 Savoy Drive<br>Suite 1150<br>Houston, TX 77036-3369 | Lott Oil Company, Inc.<br>PO Box 17<br>Natchitoches LA 71458-0017 |
| Lottoil (20)<br>PO Box 17<br>Natchitoches, LA 71458-0017 | John Mayer<br>Ross Banks May Cron & Cavin P.C.<br>7700 San Felipe, Suite 550<br>Houston, TX 77063-1618 | Patrick L. McCune<br>Wiener, Weiss & Madison<br>445 Louisiana Avenue<br>Baton Rouge, LA 70802-5820 |

| | | |
|---|---|---|
| NAPA Logansport (20)<br>801 E Market St<br>Logansport, IN 46947-3556 | R. Joseph Naus<br>Wiener, Weiss & Madison, A Professional<br>330 Marshall Street<br>Ste #1000<br>Shreveport, LA 71101-3016 | Mel W. Shelander<br>245 N. Fourth Street<br>Beaumont, TX 77701-2599 |
| Shelby County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Shelby County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Shelby Savings Bank<br>c/o James W. King<br>6420 Wellington Place<br>Beaumont, TX 77706-3206 |
| Shelby Savings Bank<br>P.O. Box 1806<br>Center, TX 75935-1806 | Shelby Savings Bank, SSB<br>111 Selma Street<br>Center, TX 75935-3925 | TD Auto Finance<br>PO Box 100295<br>Columbia SC 29202-3295 |
| TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>Attn: Stephen Wilcox<br>PO Box 201849<br>Arlington, TX 76006-1849 | TD Auto Finance LLC<br>P.O. Box 551080<br>Jacksonville, FL 32255-1080 | TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 |
| TD Bank, N.A., successor in interest<br>to TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Comptroller of Public Accounts, Revenu<br>Kimberly A. Walsh<br>c/o Sherri Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>101 E 15th Street Room 556<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>PO Box 12548, MC-008<br>Austin TX 78711-2548 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | Tuledo Automotive (20)<br>808 Hurst St<br>Center, TX 75935-3417 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd, Ste 740<br>Santa Ana, CA 92701-7534 | U.S. Small Business Administration (20)<br>10737 Gateway West #300<br>El Paso, TX 79935-4910 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | Mark A WEISBART (SBRA V)<br>Subchapter V Trustee<br>10501 N Central Expy Suite 106<br>Dallas, TX 75231-2203 | Kimberly A. Walsh<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Stephen Wilcox<br>Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Willis Jarrel P.C.<br>509 W Dobby Street<br>Tyler, TX 75701-1536 | b1BANK<br>11307 Coursey Blvd.<br>Attn:  James Rasbery<br>Baton Rouge, LA 70816-4031 |

b1BANK  
c/o R. Joseph Naus  
Wiener, Weiss & Madison, APC  
P. O. Box 21990  
Shreveport, LA  71120-1990

b1BANK (20)  
Heath Banking Center  
1629 Smirl Drive 102  
Heath, TX 75032-7624

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank (20)  
270 Park Avenue  
New York, NY 10017

John Deere Financing (20)  
6400 NW 86th Street Po Box 6600  
Johnston, IA 50131-6600

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Caterpillar Financial Services Corporation  
2120 West End Avenue  
Nashville, TN 37203-5341

(d)Caterpillar Financial Services Corporation  
2120 West End Avenue  
Nashville, TN 37203-5341

(d)HLH Timber Company LLC  
154 FM 139  
Joaquin, TX 75954-5604

(u)TD Bank, N.A., successor in interest to TD

End of Label Matrix  
Mailable recipients    61  
Bypassed recipients     4  
Total                  65