## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

In re:

    HLH TIMBER COMPANY LLC                 No. 21-90155
    xx-xxx6820
    154 FM 139, Joaquin, TX 75954                 CHAPTER 11 – **Subch. V**

    DEBTOR

## NOTICE OF SERVICE OF SUBPOENAS

NOW INTO COURT, through undersigned counsel, comes b1BANK, formerly known as BUSINESS FIRST BANK, who hereby states that it has now served the Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case which were the subject of the notice at D.E. 127 to: (1) Heith Harper, individually; (2) HACCR Investments, LLC through its authorized representative Heith Harper; (3) Axe Directional Drilling, LLC through its authorized representative Heith Harper; and (4) Roundrock Midstream, LLC, through its authorized representative Heith Harper. This service took place on March 30, 2022, via the method and procedure described in the order at DE. 114, "the Agreed Order Following Status Conference, Setting Deadlines, Hearings, and a Discovery Schedule". Proof of service of the subpoenas noticed at D.E. 127 is attached hereto.

DATED: March 31, 2022.

                                                            WIENER, WEISS & MADISON,
                                                            A Professional Corporation

By: ___/s/ Patrick L. McCune___
Patrick L. McCune, Bar
Texas Bar Roll No. 24090985
Wiener, Weiss & Madison
A Professional Corporation
445 Louisiana Avenue
Baton Rouge, LA 70802
Telephone: 225-910-8084
Facsimile: 225-910-8082
Email: pmccune@wwmlaw.com

**ATTORNEYS FOR b1BANK, formerly known as BUSINESS FIRST BANK**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above and foregoing and the attachments thereto have been served upon those listed below in the manner described herein, and copies have also been served by electronic notice on all those registered to receive notice through the Court's CM/ECF electronic filing system. If U.S. mail is the method of service, service was made by first class mail, with postage prepaid.

| | |
|---|---|
| Debtor, HLH Timber Company, LLC through its attorney THE LANE LAW FIRM, PLLC Robert C. Lane notifications@lanelaw.com Joshua D. Gordon Joshua.gordon@lanelaw.com 6200 Savoy, Suite 1150 Houston, TX 77036 | By CM/ECF electronic notice: Joshua.gordon@lanelaw.com |
| Heith Harper 466 CR 3379 Joaquin, TX 75954 | By U.S. mail |
| HACCR Investments, LLC through its registered agent Heith Harper 380 CR 3790 Joaquin, TX 75954 | By U.S. mail |
| Axe Directional Drilling, LLC through its registered agent United States Corporation Agents, Inc. 9900 Spectrum Dr. Austin, TX 78717 | By U.S. mail |

2

| | |
|---|---|
| Roundrock Midstream, LLC<br>through its registered agent<br>Philip Massey<br>45 Porter Street<br>Center, TX 75935 | <u>By U.S. mail</u> |
| John M. Vardeman on behalf of U.S. Trustee US Trustee | <u>By CM/ECF electronic notice:</u><br>john.m.vardeman@usdoj.gov |
| Mark A. Weisbart | <u>By CM/ECF electronic notice:</u><br>mark@weisbartlaw.net,<br>tsimmons@weisbartlaw.net;<br>ecf.alert+Weisbart@titlexi.com |

Baton Rouge, Louisiana, this 31st day of March, 2022.

*Patrick L. McCune*
Of Counsel

.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Roundrock Midstream, LLC through Heith Harper
on *(date)* 03/30/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: 
Emailed the subpoena to Attorney Joshua Gordon, pursuant to D.E. 114, in Case No. 21-90155 (Bankr. E.D. Tx.)
on *(date)* 3/30/2022 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date:  03/30/22

*Server's signature*

Patrick Lawrence McCune
*Printed name and title*

445 Louisiana Ave., Baton Rouge, LA 70802

*Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Mr. Heith Harper
on *(date)* 03/30/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: _____
Emailed the subpoena to Attorney Joshua Gordon, pursuant to D.E. 114, in Case No. 21-90155 (Bankr. E.D. Tx.)
_____ on *(date)* 3/30/2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 03/30/22

_____
*Server's signature*

Patrick Lawrence McCune
*Printed name and title*

445 Louisiana Ave., Baton Rouge, LA 70802
_____
*Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: HACCR Investments, LLC, through Heith Harper
on *(date)* 03/30/22 .

☒ I served the subpoena by delivering a copy to the named person as follows: 
Emailed the subpoena to Attorney Joshua Gordon, pursuant to D.E. 114, in Case No. 21-90155 (Bankr. E.D. Tx.)
_____ on *(date)* 3/30/2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date:  03/30/22

_____
*Server's signature*

Patrick Lawrence McCune
*Printed name and title*

445 Louisiana Ave., Baton Rouge, LA 70802
_____
*Server's address*

Additional information concerning attempted service, etc.:

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Axe Directional Drilling, LLC, through Heith Harper
on *(date)* 03/30/22.

☒ I served the subpoena by delivering a copy to the named person as follows: Emailed the subpoena to Attorney Joshua Gordon, pursuant to D.E. 114, in Case No. 21-90155 (Bankr. E.D. Tx.)
on *(date)* 3/30/2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: 03/30/22

_____
Server's signature

Patrick Lawrence McCune
*Printed name and title*

445 Louisiana Ave., Baton Rouge, LA 70802

_____
*Server's address*

Additional information concerning attempted service, etc.: