**UNITED STATES BANKRUPTCY COURT**
**TEXAS EASTERN**
**LUFKIN DIVISION**

**EOD**
01/05/2026

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-90155-JS3 |
|    HLH TIMBER COMPANY LLC | § | |
| | § | |
| | § | (CHAPTER 7) |
| DEBTORS | § | |

## ORDER APPROVING TRUSTEE'S APPLICATION
## FOR COMPENSATION AND EXPENSES

The court has considered the Application for Trustee's Compensation and expenses ("Application") in which Stephen J. Zayler, the chapter 7 trustee for the estate requests compensation in the amount of $20,840.07 and reimbursement of expenses in the amount of $1,626.65.  The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that Trustee's Application is granted, it is further

ORDERED that compensation in the amount of $20,840.07 is allowed; it is further

ORDERED that reimbursement of expenses in the amount of $1,626.65 is allowed; and it is further

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

Signed on 1/5/2026



_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE